UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-21802-CIV-MORENO

PABLO MICHEL RAMIREZ GONZALEZ,
and all others similarly situated,

        Plaintiff,

vs.

HOME NURSE CORP. d/b/a THE PALACE
AT HOME, JACOB SHAHAM, and HELEN
SHAHAM,

        Defendants.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rules of Civil Procedure 56 and 58, and in accordance with the reasons stated in the Court's Order Granting Summary Judgment on January 4, 2018, judgment is entered in favor of the Defendants Home Nurse Corporation (doing business as "The Palace at Home"), Jacob Shaham, and Helen Shaham, and against Plaintiff Pablo Michel Ramirez Gonzalez.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th of January 18.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record